AUSA:    Shan Williams          Telephone:  (313) 226-9520

AO 91 (Rev. 11/11)  Criminal Complaint     Special Agent:    Matt Yount          Telephone:  (304) 543-0727

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.

Myreo Dixon                                    Case No.

Case: 2:21−mj−30072
Assigned To : Unassigned
Assign. Date : 2/11/2021
Description: USA V. MYREO DIXON
(CMP)(MEV)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 10, 2021 _____ in the county of _____ Oakland _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Possession of a firearm by a prohibited person |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matt Yount, Special Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  2/11/2021
_____

City and state: _____

_____
*Judge's signature*

Hon. Kimberly Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matt Yount, being first duly sworn, do hereby depose and state as follows:

1.     I am currently a Special Agent (SA) with the Drug Enforcement Administration (DEA) assigned to the Charleston Field Office.  As a SA with the DEA, I attended DEA Basic Training Academy at Quantico, Virginia. I have received specialized training in the investigation of controlled substances offenses. I have participated in multiple large-scale Drug Trafficking Organization (DTO) investigations involving multiple jurisdictions and states.  I have had the opportunity to assist other federal agencies in cases involving Title III communication interceptions.  I have participated in the debriefing of defendants, witnesses, and informants, during which time I have discussed with them their methods of drug smuggling, distribution, packaging, trafficking, and laundering proceeds, among other subjects related to drug trafficking.  .  Agents and detectives that I work with on a day-to-day basis have had similar and more experiences with large-scale investigations

2.     This affidavit is made in support of a criminal complaint charging MYREO DIXON with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  The information set forth in this affidavit is based upon the reports and investigation of other officers, as well as my own personal investigation and observations.  This affidavit does not contain each fact

known to other officers and me but does set forth facts sufficient to establish probable cause for the charged offense.

3.      On or about February 10, 2021, investigators with the DEA executed a federal search warrant at DIXON's residence located at 5366 Clearview Drive, Troy, Michigan.  DIXON was in the residence.

4.      While executing the search warrant, investigators recovered a loaded Taurus semi-automatic handgun in DIXON's Dodge Durango parked inside the garage of his residence.  In addition, officers recovered another firearm in DIXON's other vehicle.

5.      DIXON was convicted on or about August 31, 2010, of conspiracy to distribute 100 grams or more of heroin in violation of 21 U.S.C. §846 in the United States District Court for the Southern District of West Virginia (USDC SDWV) in Case No. 2:09-cr-00261, which is an offense punishable by a term of imprisonment exceeding one year.  Records from the USDC SDWV show that DIXON appeared in person at his sentencing hearing when he was adjudicated guilty. Thus, at the time DIXON possessed the above-listed firearm, he knew that he had previously been convicted in a court of a crime punishable by imprisonment exceeding one year.

/

/

/

/

6.      After conferring with an agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives, I know that the firearm listed above is not manufactured within the state of Michigan and, therefore, has traveled in interstate commerce.

*Matthew Yount*

Matt Yount, Special Agent DEA

Sworn to before me and signed in my presence
and/or by reliable electronic means

Hon. Kimberly Altman
United States Magistrate Judge

February 11, 2021